UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROSE MARKS,

        Defendant.
_____/

## ORDER GRANTING MOTION TO APPROVE CJA AUTHORIZATION FOR OTHER SERVICES THAT EXCEED THE CJA APPROVED LIMITS

THIS CAUSE is before the Court upon the Magistrate Judge's Report and Recommendation [DE 863] approving Defendant's Motion to Approve CJA 21 Authorization for Other Services that Exceed the CJA Approved Limits [DE 854]. This Court having reviewed the pertinent portions of the record, and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation is AFFIRMED and the Motion is GRANTED subject to the approval of the Eleventh Circuit Court of Appeals. The Court authorizes Defendant to retain JHQ, Inc., 4874 SW 64th Way, Davie, FL 33314 for expert and investigative services not to exceed $83,185.00.

DONE and ORDERED in West Palm Beach, Florida, this 9th day of April, 2013.

        KENNETH A. MARRA
        UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel